# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BRITESTARR HOMES, INC., ) | Case No. 02-50811 (AHWS) |
| ) | |
| Debtors ) | |
| ) | |
| BRITESTARR HOMES, INC., ) | |
| ) | Adversary No. |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | |
| MEYERS & HARRISON, LLC ) | |
| ) | |
| Defendant ) | |

## COMPLAINT

Britestarr Homes, Inc. ("Britestarr") by and through its attorneys, Ivey, Barnum & O'Mara, LLC hereby brings this complaint against Meyers & Harrsion, LLC ("M&H") and states as follows:

### Parties and Jurisdiction

1. Britestarr is the debtor-in-possession of its bankruptcy estate and in charge of its assets and financial affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

2. M&H is an accounting firm that allegedly provided services to Britestarr prior to its bankruptcy filing.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

4. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F), (H), and (O).

5. On May 20, 2002 (the "Petition Date"), Britestarr filed a petition for relief under chapter 11 of the United States Bankruptcy Code.

## COUNT ONE
### (Constructive Fraudulent Conveyance Under 11 U.S.C. §548(a)(1)(B))

6. The allegations of Paragraphs 1 through 5, inclusive, are hereby incorporated into this Count as if fully stated and repeated herein.

7. At all times relevant to the allegations in this complaint, the Debtors were either (a) insolvent, (b) made insolvent by the transfers recited herein, (c) engaged in a business or in transactions for which the Property remaining with the Debtors was unreasonably small, or (d) intended to incur, or believed they would incur, debts beyond their ability to repay.

8. In the one year prior to the Petition Date, Britestarr transferred $9,308.75 to M&H.

9. Britestarr did not receive reasonably equivalent value in exchange for the aforementioned transfers.

10. As a result, M&H received a fraudulent transfer within the meaning of 11 U.S.C. § 548(a)(1)(B).

11. M&H was the initial transferee of the transfer and is liable to Britestarr pursuant to 11 U.S.C. § 550(a)(1).

## COUNT TWO
### (Preference under 11 U.S.C. §547)

12. The allegations of Paragraphs 1 through 5, inclusive, are hereby incorporated into this Count as if fully stated and repeated herein.

13. Britestarr was insolvent in the ninety days prior to the Petition Date.

14. In the 90 day period prior to the Petition Date, M&H received $5,308.75 from Britestarr.

15. M&H was a creditor of Britestarr in the entire 90 day period prior to the Petition Date.

16. All of the transfers made to M&Y by Britestarr in the 90 day period prior to the Petition Date were for or on account of an antecedent debt or debts.

17. The transfers were property of Britestarr.

18. The transfers allowed M&H to receive more than it would have otherwise received had the transfers not been made and M&H received a distribution from Britestarr under chapter 7 of title 11 of the United States Code.

**WHEREFORE**, Britestarr hereby requests the following relief:

A. As to Count One, a judgment avoiding the fraudulent transfers and/or a money judgment against the Defendant for the value of the property transferred in an amount to be proved at trial;

B. As to Count Two, a judgment avoiding the preferential transfers and/or a money judgment against the Defendant for the value of the property transferred in an amount to be proved at trial; and

C. As to all Counts, such other and further relief as is just.

Dated at Greenwich, Connecticut this 7 day of January, 2004.

BRITESTARR HOMES, INC.

By /s/ Justin Blackhall
Justin Blackhall
Fed. Bar No. 24781
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830
(203) 661-6000
Its Attorneys

B 104 (Rev. 8/87)

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

Adversary Proceeding Number (Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Britestarr Homes, Inc. | Meyers & Harrison |
| ATTORNEYS (Firm Name, Address and Telephone No.)<br><br>Ivey, Barnum & O'Mara<br>170 Mason St.<br>Greenwich, CT 06830 | ATTORNEYS (If Known) |

**PARTY** (Check one box only)  [ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [X] 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Recover fraudulent conveyance under 11 U.S.C. §548(a)(1)(B) and 550(a)(1)
Preference avoidance and recovery under 11 U.S.C. §§547 and 550(a)(1)

### NATURE OF SUIT
(Check the one most appropriate box only.)

[X] 454 To recover Money or Property
[ ] 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in
[ ] 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
[ ] 424 To object or to revoke a discharge 11 U.S.C. §727

[ ] 455 To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
[ ] 426 To determine the dischargeability of a debt 11 U.S.C. §523
[ ] 434 To obtain an injunction or other equitable relief
[ ] 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

[ ] 456 To obtain a declaratory judgment relating to any of foregoing causes of action
[ ] 459 To determine a claim or case of action removed to a bankruptcy court
[ ] 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only)
[X] 1 Original Proceeding  [ ] 2 Removed Proceeding  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from Another Bankruptcy Court
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND $10 | OTHER RELIEF SOUGHT Avoid Transfers | [ ] JURY DEMAND |

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Britestarr Homes, Inc. | BANKRUPTCY CASE NO.<br>02-50811 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Connecticut | DIVISIONAL OFFICE<br>Bridgeport | NAME OF JUDGE<br>Alan H.W. Shiff |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only)  [ ] FEE ATTACHED  [ ] FEE NOT REQUIRED  [X] FEE IS DEFERRED

| DATE<br>Jan. 8, 2004 | PRINT NAME<br>Justin Blackhall | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |